| | |
|---|---|
| 1<br>2<br>3<br>4 | ROBERT E. FREITAS (BAR NO. 80948)<br>JASON S. ANGELL (BAR NO. 221607)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:    650-614-7400<br>Facsimile:     650-614-7401            *E-FILED 6/8/05* |
| 5<br>6 | Attorneys for Plaintiff<br>SECURIMETRICS, INC. |
| 7<br>8<br>9<br>10 | DEAN B. HERMAN (BAR NO. 76752)<br>JEFFREY A. LEWISTON (BAR NO. 126827)<br>MICHELMAN & ROBINSON LLP<br>15760 Ventura Blvd., Ste. 500<br>Encino, CA 91436<br>Telephone:    818-783-5530<br>Facsimile:     818-783-5507 |
| 11<br>12 | Attorneys for Defendant<br>HARTFORD CASUALTY INSURANCE<br>COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURIMETRICS, INC,<br><br>            Plaintiff,<br><br>      v.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY,<br><br>            Defendant. | Case No. C05 00917 RS<br><br>**STIPULATION FOR<br>INTRADISTRICT RE-ASSIGNMENT<br>TO THE SAN FRANCISCO<br>DIVISION**<br>AND ORDER THEREON<br>[CIV. L. R. 3-2(F)] |

1. WHEREAS, Plaintiff SecuriMetrics, Inc. ("SecuriMetrics") is a corporation organized and existing under the laws of the State of California with its principal place of business at 757 Arnold Drive, Suite D, Martinez, California. Martinez, California is located in Contra Costa County;

2. WHEREAS, SecuriMetrics filed the instant action against Hartford Casualty Insurance Company ("Hartford") on March 3, 2005 in the United States District Court, Northern District of California alleging breach of a written insurance contract entered into between SecuriMetrics and Hartford, based on Hartford's alleged refusal to defend SecuriMetrics in connection with litigation pending in the United States District Court, District of New Jersey;

3. WHEREAS, SecuriMetrics claims it was harmed at its principal place of business in Contra Costa County by Hartford's alleged breach of the written insurance agreement, based on Hartford's alleged refusal to defend SecuriMetrics, and SecuriMetrics indicated in Section 1.(b) of the Civil Cover Sheet (Rev. 11/04) accompanying SecuriMetrics's Complaint that SecuriMetrics is a resident of Contra Costa County;

4. WHEREAS, the parties understand that, pursuant to Civ. L.R. 3-2, this matter was erroneously assigned to the San Jose Division;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

The parties respectfully request transfer of this case to the San Francisco Division.

Dated: June __7, 2005

Respectfully submitted,

ROBERT E. FREITAS
JASON S. ANGELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Jason S. Angell
Attorneys for Plaintiff
SecuriMetrics, Inc.

Dated: June 7, 2005

DEAN B. HERMAN (BAR NO. 76752)
JEFFREY A. LEWISTON (BAR NO. 126827)
MICHELMAN & ROBINSON LLP

_____
Jeffrey A. Lewiston
Attorneys for Defendant
Hartford Casualty Insurance Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 8, 2005

/s/ Richard Seeborg
_____
Honorable Richard Seeborg
United States Magistrate Judge