UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIMETRICS, INC., <br><br>    Plaintiff(s),<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    Defendant(s).<br>_____/ | No. C-05-0917 CW (JCS)<br><br>**NOTICE SETTING HEARING DATE; ORDER THEREON** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 16 and 19, 2005, counsel filed letters indicating that they have been unsuccessful in reaching agreement on the proposed protective order (Docket Nos. 39 and 40) and requesting further assistance from the Court.

PLEASE TAKE NOTICE that a hearing on SecuriMetrics, Inc.'s Motion for Entry of a Protective Order Governing Treatment of Materials Produced in Discovery (Docket No. 28) has been set for **September 23, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel are ORDERED to appear *in person* at the hearing. No further briefing will be requested or accepted by the Court.

IT IS SO ORDERED.

Dated: September 20, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge