**United States District Court**

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6
                                              Case No.  C05-0917 CW (JCS)
7   SECURIMETRICS, INC.,

8            Plaintiff(s),              **ORDER TO APPEAR ON OCTOBER 19,
                                        2005 TO MEET-AND-CONFER**
9        v.

10  HARTFORD CASUALTY INS. CO.,

11           Defendant(s).

12  _____/

13          IT IS HEREBY ORDERED THAT lead trial counsel for Plaintiff, and lead trial counsel for

14  Defendant, shall appear, **in person, on Wednesday, October 19, 2005, at 9:30 a.m.,** in Courtroom A,

15  15th Floor, 450 Golden Gate Ave., San Francisco, CA,  to meet-and-confer in an effort to resolve

16  Defendant's Motion for Order Issuing Evidentiary Sanctions Against Securitmetrics, or in the alternative, to

17  Continue the Expert Disclosure, Discovery and Motion Cutoff Dates; Request for Reasonable Expenses in

18  Bringing Motion Against Plaintiff.

19          IT IS SO ORDERED.

20

21  Dated:  October 14, 2005

22                                      _____
                                        Joseph C. Spero
23                                      United States Magistrate Judge

24

25

26

27

28