DEAN B. HERMAN, SBN 076752
CATHERINE L. RIVARD, SBN 126237
JEFFREY A. LEWISTON, SBN 126827
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, Suite 500
Encino, California 91436
(818) 783-5530; Fax: (818) 783-5507
CRivard@mrllp.com

Attorneys for Defendant and Counterclaimant
HARTFORD CASUALTY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIMETRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. C 05 00917 CW (JCS) <br><br> **STIPULATION RE: WITHDRAWAL OF HARTFORD CASUALTY INSURANCE COMPANY'S MOTION FOR EVIDENTIARY SANCTIONS** <br><br> Complaint Filed : March 3, 2005 <br> Trial Date : October 3, 2006 |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff and Counterdefendant Securimetrics, Inc., and Defendant and Counterclaimant Hartford Casualty Insurance Company, through their undersigned counsel, as follows:

1. On or before November 15, 2005, Securimetrics shall provide the following:

    a. Produce a privilege log as to all documents responsive to Hartford's First Request for Production of Documents;

    b. Produce all invoices and checks, drafts, wire transfers or similar documents evidencing payment of the attorney's fees and costs that Securimetrics is claiming as damages for breach of the implied covenant of good faith and fair dealing;

1

STIPULATION REGARDING WITHDRAWAL OF HARTFORD CASUALTY INSURANCE COMPANY'S
MOTION FOR EVIDENTIARY SANCTIONS

      c.    Produce all documents relating to any breach of contract damages sought by Securimetrics in this action to the extent not already produced within Bates Nos. SMH 000001-000937.

      d.    Produce documents from the underlying *Securimetrics v. Iridian* action, such as pleadings, motions, discovery requests and responses, documents produced, deposition transcripts, hearing transcripts, orders and communications between parties;

      e.    To the extent Securimetrics is claiming consequential damages for breach of the implied covenant of good faith and fair dealing other than *Brandt* fees, produce documents relating to such damages;

      f.    Serve a response to Interrogatory No. 1 of Hartford's First Set of Interrogatories, such interrogatory deemed to be modified to delete the words "personal injury";

      g.    Produce documents responsive to Request No. 7 of Hartford's First Request for Production of Documents to the extent not previously produced by Securimetrics within Bates Nos. SMH 000001-000937; and

      h.    Serve supplemental written responses to Request Nos. 5 and 6 of Hartford's First Request for Production of Documents.

2.    There has been no resolution by the Court on any claims of privilege or work product protection or any claims of waiver thereof;

3.    As to any documents that Securimetrics is required to produce under paragraph 1.d. above which are subject to the Protective Order entered by the Unites States District Court for the District of New Jersey, in the *Securimetrics v. Iridian* lawsuit, Securimetrics shall apply to the District Court in New Jersey for an order modifying the Protective Order to allow "Confidential Information" and "Restricted Confidential Information" to be disclosed to Hartford's outside counsel in this action, and such experts and consultants that have been or may be retained by Hartford in this action, and shall seek

Case 4:05-cv-00917-CW Document 55 Filed 10/24/2005 Page 3 of 5

1  to have the District Court in New Jersey issue such order no later than November 2, 2005.

2      4.    The parties agree to modification of the pretrial calendar in this action as

3  follows:

4

5  February 28, 2006                      Non-expert discovery cutoff

6  March 16, 2006                       Expert disclosure/reports due

7  April 1, 2006                         Rebuttal expert disclosure/reports due

8  April 18, 2006                       Last day for expert depositions

9

10      5.    Plaintiff can file early dispositive motion without discovery re coverage and

11  notice for six weeks after filing to allow for any cross-motion.

12      6.    Additional cross-motions for summary judgment to be filed on a six week

13  schedule and noticed for hearing ~~no earlier than~~ on May 19, 2006 ~~June 16, 2006 (assuming a filing date of~~

14  ~~May 1, 2006)~~. Plaintiff to file opening brief by ~~May 1, 2006~~ April 4, 2006. Defendant's opposition and

15  cross-motion due ~~May 15, 2006~~ April 18, 2006. Plaintiff's reply due ~~May 30, 2006~~ May 3, 2006. Defendant's reply

16  due ~~May 30, 2005~~ May 3, 2006.

17      7.    A Final Case Management Conference will be held at 10:00 a.m. on the date

18  set for the hearing of dispositive motions or on ~~June 16, 2005~~ May 19, 2006 if no motions are filed.

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING WITHDRAWAL OF HARTFORD CASUALTY INSURANCE COMPANY'S
MOTION FOR EVIDENTIARY SANCTIONS

1  8. Hartford's Motion for Order Imposing Evidentiary Sanctions, etc. filed October 6, 2005, is withdrawn without prejudice.

IT IS SO STIPULATED.

DATED: October 24, 2005        MICHELMAN & ROBINSON, LLP

By: _____
DEAN B. HERMAN
CATHERINE L. RIVARD
JEFFREY A. LEWISTON
Attorneys for Defendant and Counterclaimant
HARTFORD CASUALTY INSURANCE COMPANY

DATED: October ___, 2005        ORRICK, HERRINGTON & SUTCLIFFE

By: _____
ROBERT E. FREITAS
JASON S. ANGELL
Attorneys for Plaintiff and Counterdefendant
SECURIMETRICS INC.

IT IS SO ORDERED.

DATED: October ___, 2005

By: _____
UNITED STATES DISTRICT JUDGE

4
STIPULATION REGARDING WITHDRAWAL OF HARTFORD CASUALTY INSURANCE COMPANY'S MOTION FOR EVIDENTIARY SANCTIONS

8. Hartford's Motion for Order Imposing Evidentiary Sanctions, etc. filed October 6, 2005, is withdrawn without prejudice.

IT IS SO STIPULATED.

DATED: October ___, 2005    MICHELMAN & ROBINSON, LLP


By:_____
    DEAN B. HERMAN
    CATHERINE L. RIVARD
    JEFFREY A. LEWISTON
Attorneys for Defendant and Counterclaimant
HARTFORD CASUALTY INSURANCE COMPANY


DATED: October 24, 2005    ORRICK, HERRINGTON & SUTCLIFFE


By:_____
    ROBERT E. FREITAS
    JASON S. ANGELL
Attorneys for Plaintiff and Counterdefendant
SECURIMETRICS INC.


IT IS SO ORDERED.

DATED: October 26, 2005

By:_____
UNITED STATES ~~DISTRICT~~ JUDGE
Joseph C. Spero   MAGISTRATE

---

4

STIPULATION REGARDING WITHDRAWAL OF HARTFORD CASUALTY INSURANCE COMPANY'S MOTION FOR EVIDENTIARY SANCTIONS