1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SECURIMETRICS, INC., | Case No. C 05 00917 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE EXTENSION OF DEADLINE FOR PARTICIPATION IN ADR PROCEEDINGS** |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

WHEREAS, this Court entered a scheduling order on or about July 21, 2005 which required that the parties participate in an ADR session by September 15, 2005;

WHEREAS, the parties have been negotiating a mutually agreeable mediator;

WHEREAS, the parties engaged in a pre-mediation conference with Mr. Ken Johnson on or about October 31, 2005;

WHEREAS, the parties have confirmed with Mr. Johnson that they intend to conduct a mediation session with Mr. Johnson on or about December 13, 2005; and

WHEREAS, the parties understand from Mr. Johnson that the Court requests a stipulation and [proposed] order extending the deadline for participation in ADR proceedings

IT IS HEREBY STIPULATED THAT

The parties hereby request that the Court enter an order extending the deadline for participation in an ADR session to December 30, 2005.

Dated: November 8, 2005                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                          / s /   Jason S. Angell
                                                             Jason S. Angell
                                            Attorneys for SecuriMetrics, Inc.

Dated:  November 8, 2005              MICHELMAN & ROBINSON, LLP

                                                       / s /   Catherine Rivard
                                               Catherine Rivard
                                        Attorneys for Hartford Casualty Insurance Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2005

                                         /s/ CLAUDIA WILKEN

                                         Honorable Claudia Wilken
                                         United States Magistrate Judge