ROBERT E. FREITAS (STATE BAR NO. 80948)
JASON S. ANGELL (STATE BAR NO. 221607)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
SecuriMetrics, Inc.


DEAN B. HERMAN (STATE BAR NO. 076752)
CATHERINE L. RIVARD (STATE BAR NO. 126237)
JEFFREY A. LEWISTON (STATE BAR NO. 126827)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, Suite 500
Encino, California 91436
Telephone:   818-783-5530
Facsimile:   818-783-5507


Attorneys for Defendant
Hartford Casualty Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURIMETRICS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | Case No.  C05 00917 CW<br><br>**STIPULATION OF DISMISSAL AND <s>[PROPOSED]</s> ORDER THEREON** |

1     **WHEREAS,** SecuriMetrics, Inc. ("SecuriMetrics") initiated this action by filing a complaint against Hartford Casualty Insurance Company ("Hartford") on or about March 3, 2005;

    **WHEREAS,** Hartford answered SecuriMetrics's complaint and filed a counterclaim naming SecuriMetrics and Iridian Technologies, Inc. as counterclaim defendants;

    **WHEREAS,** on or about December 15, 2005 Hartford dismissed its counterclaims as to Iridian without prejudice; and

    **WHEREAS,** SecuriMetrics and Hartford, by and through their respective counsel, have resolved the claims and counterclaims asserted by each of them against the other;

    **IT IS HEREBY STIPULATED AND AGREED** by and between SecuriMetrics and Hartford, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c) that the remainder of the above captioned matter be dismissed in its entirety with prejudice with each side bearing its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: December 22, 2005

ROBERT E. FREITAS
JASON S. ANGELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Robert E. Freitas  *with permission*
Attorneys for SecuriMetrics, Inc.

Dated: December 22, 2005

DEAN B. HERMAN
CATHERINE L. RIVARD
JEFFREY A. LEWISTON
MICHELMAN & ROBINSON, LLP

_____
Catherine L. Rivard
Attorneys for Hartford Casualty
Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED,
January 4, 2006

Dated: ~~December ___, 2005~~

_____
Honorable Claudia Wilken
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

STIPULATION OF DISMISSAL AND
PROPOSED ORDER THEREON
C05 00917 CW